UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LEE PATRICK JOHNSON,

    Plaintiff,

v.

MICHAEL ALLEN, et al.,

    Defendants.

Case No. C17-389-JLR-BAT

**ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION AND TRO (DKTS. 6-7)**

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and **ORDERS** as follows:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's Motion for Preliminary Injunction and TRO (Dkts. 6-7) is **DENIED.**

(3) The Clerk of Court is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 24th day of April, 2017.

_____
JAMES L. ROBART
United States District Judge