# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LEE PATRICK JOHNSON,<br><br>                Plaintiff,<br><br>     v.<br><br>MICHAEL ALLEN, et al.,<br><br>                Defendants. | CASE NO. C17-389-JLR-BAT<br><br>**ORDER DIRECTING DEFENDANTS TO PROVIDE CONFIDENTIAL INFORMATION AS TO DEFENDANT CLINE'S ADDRESS** |

On May 19, 2017, this Court directed service of the summons and complaint upon defendants Sgt. Michael Allen, Captain Cline, and Deputy Prosecuting Attorney Joseph Marchesano. Dkt. 22. On May 30, 2017, the summons and complaint for Captain Cline were returned as undeliverable; marked "NOT HERE." Dkt. 23.

The Court now **ORDERS** as follows:

Defendants Sgt. Michael Allen and Deputy Prosecuting Attorney Joseph Marchesano shall provide to the Court's Deputy Clerk defendant Clines' forwarding address, or if they have no such address, they shall advise the Court of the same. This information shall be furnished in a **confidential memorandum** and directed to Agalelei Elkington at Agalelei_elkington@wawd.uscourts.gov, no later than **June 15, 2017**. Under **no circumstances** shall defendant Cline's address be provided to plaintiff or made part of the Court record.

ORDER DIRECTING DEFENDANTS TO
PROVIDE CONFIDENTIAL INFORMATION
AS TO DEFENDANT CLINE'S ADDRESS - 1

1      The Clerk is direct to send a copy of this Order to plaintiff.

2      DATED this 1st day of June, 2017.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DIRECTING DEFENDANTS TO
PROVIDE CONFIDENTIAL INFORMATION
AS TO DEFENDANT CLINE'S ADDRESS - 2