UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE PATRICK JOHNSON,<br><br>                Plaintiff,<br><br>   v.<br><br>MICHAEL ALLEN, et al.,<br><br>                Defendants. | CASE NO. C17-389-JLR-BAT<br><br>**ORDER GRANTING EXTENSION TO PROVIDE ADDRESS OF DEFENDANT** |

On May 19, 2017, this Court directed service of the summons and complaint upon Defendants Sgt. Michael Allen, Captain Cline, and Deputy Prosecuting Attorney Joseph Marchesano. Dkt. 22. On May 30, 2017, the summons and complaint for Captain Cline were returned as undeliverable; marked "NOT HERE." Dkt. 23. On June 15, 2017, in response to the Court's Order, Defendants Allen and Marchesano advised that they possess no forwarding address for Captain Cline, and that no such person is presently employed or was employed by the Department of Adult and Juvenile Detention during the period at issue in this case. Dkt. 28.

On June 19, 2017, the Court directed Plaintiff to provide a current service address for defendant Captain Cline by **August 15, 2017**. Dkt. 29. Plaintiff seeks a 45 day extension of that deadline, until September 29, 2017, to obtain and provide Defendant Clines' address. Plaintiff has been hospitalized, transferred, and has not had access to his personal property. Dkt. 35.

ORDER GRANTING EXTENSION TO
PROVIDE ADDRESS OF DEFENDANT - 1

Accordingly, it is **ORDERED:**

1. Plaintiff's motion for extension (Dkt. 35) is **GRANTED**.

2. Plaintiff is directed to provide the Court with a current service address for defendant Captain Cline so the Court can again attempt service by mail. This address must be provided to the Court on or before **September 29, 2017**. If plaintiff is unable to provide the address, the Court will recommend that defendant Cline be dismissed from this case for lack of personal jurisdiction.

3. The Clerk shall send a copy of this Order to plaintiff and to counsel for defendants.

DATED this 29th day of August, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge