UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE PATRICK JOHNSON,<br><br>           Plaintiff,<br><br>v.<br><br>MICHAEL ALLEN, et al.,<br><br>           Defendants. | CASE NO. C17-389-JLR-BAT<br><br>**ORDER DISMISSING UNSERVED DEFENDANT CAPTAIN CLINE** |

The Court, having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, the Objection to Recommendation (DKT # 45), and the remaining record, does hereby **ORDER**:

(1) The Court **ADOPTS** the Report and Recommendation.

(2) Plaintiff's claims against Defendant Captain Cline are **DISMISSED without prejudice** for plaintiff's failure to prosecute.

(3) This matter is **RE-REFERRED** to Judge Tsuchida for further proceedings.

(4) The Clerk of Court is directed to send copies of this Order to plaintiff, counsel for defendants, and to Judge Tsuchida.

DATED this 28th day of Dec., 2018.

JAMES L. ROBART
United States District Judge