UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LEE PATRICK JOHNSON,<br><br>          Plaintiff,<br>v.<br><br>MICHAEL ALLEN, et al.,<br><br>          Defendants. | CASE NO. C17-0389JLR<br><br>ORDER ADOPTING REPORT<br>AND RECOMMENDATION |

## I. INTRODUCTION

This matter comes before the court on the report and recommendation of United States Magistrate Judge Tsuchida (2/5/18 R&R (Dkt. # 58)) regarding Defendants Michael Allen and Joseph Marchesano's (collectively "Defendants") motion for summary judgment (MSJ (Dkt. # 46)) and Plaintiff Lee Patrick Johnson's cross-motion for summary judgment (Cross-MSJ (Dkt. # 56)). Mr. Johnson filed objections to the report and recommendation. (*See* 2/12/18 Obj. (Dkt. # 59).) The court has considered the parties' submissions in support of and in opposition to the motions, the February 5,

2018, report and recommendation, Mr. Johnson's objections, the relevant portions of the record, and the applicable law. Being fully advised, the court OVERRULES Mr. Johnson's objections, ADOPTS the February 5, 2018, report and recommendation, GRANTS Defendants' motion for summary judgment, DENIES Mr. Johnson's cross-motion for summary judgment, and DISMISSES this matter with prejudice for the reasons set forth below.

The procedural history of this matter includes a report and recommendation dismissing specific claims and specific defendants (*see* 4/21/17 R&R (Dkt. # 16)), an order adopting the April 21, 2017, report and recommendation (*see* 5/18/17 Order (Dkt. # 20)), a report and recommendation regarding dismissal of Defendant Captain Cline (*see* 12/4/17 R&R (Dkt. # 44)), Mr. Johnson's objections to the December 4, 2017, report and recommendation (*see* 12/13/17 Obj. (Dkt. # 45)), Defendants' motion for summary judgment (*see* MSJ), an order adopting the December 4, 2017, report and recommendation (*see* 12/28/17 Order (Dkt. # 54)), Mr. Johnson's cross-motion for summary judgment (*see* Cross-MSJ), a report and recommendation regarding Defendants' motion for summary judgment and Mr. Johnson's cross-motion for summary judgment (*see* 2/5/18 R&R), and Mr. Johnson's objections to the February 5, 2018, report and recommendation (*see* 2/12/18 Obj.).

The court has examined Mr. Johnson's objections (*see id.*) and concludes that they lack merit. Mr. Johnson's objections essentially reiterate his arguments from previous filings. Magistrate Judge Tsuchida thoroughly addressed these arguments in the February 5, 2018, report and recommendation. (*See* 2/5/18 R&R.) Further, the court

independently reviewed Mr. Johnson's objections and rejects them for the same reasons that Magistrate Judge Tsuchida rejected them.

Accordingly, the court OVERRULES Mr. Johnson's objections (Dkt. # 59) and ADOPTS the February 5, 2018, report and recommendation (Dkt. # 58). In addition, the court GRANTS Defendants' motion for summary judgment (Dkt. # 46), DENIES Mr. Johnson's cross-motion for summary judgment (Dkt. # 56), and DISMISSES Mr. Johnson's claims with prejudice.

Dated this 26 day of February, 2018.

JAMES L. ROBART
United States District Judge